**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS**

UNITED STATES OF AMERICA

v.                                                          No. 4:07CR00197 JLH

HERBERT LOREN REEVES


**FINAL ORDER OF FORFEITURE**

WHEREAS, on September 8, 2008, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in the following:

a) a Marlin 30/30 model 336 lever action rifle, bearing serial number 02062334;

b) a Marlin .22 caliber model 39 rifle, bearing serial number 03216503;

c) a Mossberg model 500 20 gauge pump shotgun, bearing serial number L946858;

d) a Mossberg model 500 .410 gauge pump shotgun, bearing serial number L915015;

e) a Weatherby Vanguard 300 mag bolt action rifle, bearing serial number VS93612;

f) a Remington M-650-1 .22 caliber rifle bearing no serial number;

g) a Remington M-11-48 semi-automatic 12 gauge shotgun bearing no serial number;

h) a Winchester .22 caliber model 59 bolt action rifle bearing no serial number;

i) a Winchester .280 caliber model 70 bolt action rifle, bearing serial number G1571396; and,

j) a Colt New Frontier .22 mag revolver, bearing serial number G93676.

WHEREAS, the United States caused to be published on the forfeiture website, internet address of www.forfeiture.gov for thirty consecutive days beginning on January 14, 2009, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order. and further notifying all third parties of

their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 18, U.S.C.§ 924(d) and Title 28 U.S.C. § 2461(c) .

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

**a)** **a Marlin 30/30 model 336 lever action rifle, bearing serial number 02062334;**

**b)** **a Marlin .22 caliber model 39 rifle, bearing serial number 03216503;**

**c)** **a Mossberg model 500 20 gauge pump shotgun, bearing serial number L946858;**

**d)** **a Mossberg model 500 .410 gauge pump shotgun, bearing serial number L915015;**

**e)** **a Weatherby Vanguard 300 mag bolt action rifle, bearing serial number VS93612;**

**f)** **a Remington M-650-1 .22 caliber rifle bearing no serial number;**

**g)** **a Remington M-11-48 semi-automatic 12 gauge shotgun bearing no serial number;**

**h)** **a Winchester .22 caliber model 59 bolt action rifle bearing no serial number;**

**i)** **a Winchester .280 caliber model 70 bolt action rifle, bearing serial number G1571396; and,**

**j)** **a Colt New Frontier .22 mag revolver, bearing serial number G93676**

are hereby forfeited to the United States of America pursuant to Title 18, U.S.C.§ 924(d) and Title 28, U.S.C. § 2461(c) .

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title, and interest in all of the property set forth above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

      IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

      IT IS SO ORDERED this 19th day of March, 2009.

                                            */s/ J. Leon Holmes*
                                        UNITED STATES DISTRICT JUDGE