# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                             NO. 4:07CR00197 JLH

HERBERT LOREN REEVES                                      DEFENDANT

## ORDER

Herbert Loren Reeves filed a motion asking the Court to order his appointed attorney, Arkie Byrd, to provide him copies of certain legal documents, including a list of twenty-one items specified in his motion. Ms. Byrd has written the Court a letter stating:

> Per your e-mail letter of today's date, I forwarded all documents contained in my file to Mr. Reeves on June 25, 2009 as indicated by the attached letter. There were some documents that he requested that I do not have access.

Ms. Byrd has attached a letter showing that she sent Mr. Reeves a copy of all pleadings and correspondence contained in the file on June 25, 2009. Ms. Byrd correctly points out in her letter to the Court that she does not have access to a number of the items that Mr. Reeves has requested, but she has sent him what she has. The Court cannot order her to do anything more than send what she has, which she has already done. Therefore, the motion is denied as moot. Document #37.

IT IS SO ORDERED this 16th day of July, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE