### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                                   PLAINTIFF

v.                              NO.  4:07CR00197 JLH

HERBERT LOREN REEVES                                                                      DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the petition of Herbert Loren Reeves to vacate, set aside, or correct his sentence is denied.

IT IS SO ORDERED this 23rd day of October, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE